**DISMISS and Opinion Filed November 10, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00703-CV

## JASON MARTINEZ AND HOLLY WOODARD MARTINEZ, Appellants
## V.
## ICAN FINANCIAL, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09112**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Before the Court is appellants' motion for voluntary dismissal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).



/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210703F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JASON MARTINEZ AND HOLLY WOODARD MARTINEZ, Appellants

No. 05-21-00703-CV          V.

ICAN FINANCIAL, INC., Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-09112. Opinion delivered by Justice Reichek, Justices Nowell and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee iCAN Financial, Inc. recover its costs, if any, of this appeal from appellants Jason Martinez and Holly Woodard Martinez.

Judgment entered November 10, 2021.